**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                 CASE NO. 3:94cr3012LAC

KIM BRADSHAW

Referred to Judge Lacey Collier on   June 15, 2005

Motion/Pleadings:   REQUEST FOR JOINER OF THE MOVANT'S CO-DEFENDANT'S PENDING SUA SPONTE MOTION WITH RECONSIDERATION IN LIGHT OF UNITED STATES V REESE, 382 F. 3d 1308. and THE DECISION OF BOOKER, 543 U.S._____ 2005, pursuant to 18 U.S.C. 3582, and 3553(a) and Fed. R.Crim. P. 8(b)

Filed by DEFENDANT, PRO SE     on 6/7/05     Doc.# 729

RESPONSES:

BY GOVT                           on 6/15/05     Doc.# 730

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ Mary Maloy-Wells*
Deputy Clerk: Mary Maloy-Wells

LC (1 OR 2)

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 16th day of June, 2005, that:*
*(a) The relief requested is **DENIED.***
*(b) The defendant is not entitled to resentencing as this Court lacks jurisdiction to consider this successive post-conviction motion and the Supreme Court's decision in United States v Booker does not apply retroactively to cases on collateral review.*

*s/L.A. Collier*
**LACEY A. COLLIER**
*United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.