| PROB 22 Rev.2/88 | | DOCKET NUMBER(Tran.Ct) 3:94CR3012-008/LAC |
|---|---|---|
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER(Rec.Ct) |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT NORTHERN | DIVISION PENSACOLA |
|---|---|---|
| Kim Bradshaw Southern District of Florida | NAME OF SENTENCING JUDGE Lacey A. Collier, Sr. U.S. District Judge | |

| SD/FL PACTS No. 37204 | DATES OF PROBATION SUPERVISED RELEASE | FROM 03/13/2008 | TO 03/12/2013 |
|---|---|---|---|

OFFENSE

Conspiracy to Possess with Intent to Distribute Cocaine Base, in violation of 21 U.S.C. § 846.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>NORTHERN DISTRICT OF FLORIDA</u>

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the <u>SOUTHERN DISTRICT OF FLORIDA</u> upon the court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_20 OCT 08_
Date

_LAColli_ [signature]
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   **SOUTHERN**   DISTRICT OF   **FLORIDA**

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_December 18, 2008_
Effective Date

09 JAN 13 PH 3:21

[signature]
United States District Judge

**NORTHERN DISTRICT OF FLORIDA**
Probation and Pretrial Services

# MEMORANDUM



DATE: January 12, 2009

REPLY TO ATTN OF: Jeffrey M. Ishee
Senior U.S. Probation Officer
Pensacola, Florida

SUBJECT: **BRADSHAW, Kim**
**Docket No.: 3:94CR3012-008/LAC**
**TRANSFER OF JURISDICTION**

TO: Clerk's Office
Pensacola, Florida

Enclosed please find two original Probation Forms 22, ordering that the jurisdiction of the supervised releasee be transferred with the records of our court to the United States District Court for the Southern District of Florida, Miami Division. Senior U.S. District Judge Lacey A. Collier ordered the jurisdiction transfer on October 2, 2008 and U.S. District Judge Marcia G. Cooke accepted the transfer of jurisdiction on December 18, 2008.

Please forward a certified copy of the Probation Form 22 to our office and send the appropriate file to the U.S. District Clerk's Office for the Southern District of Florida.

If you have any questions regarding this matter, please contact me at (850) 435-8430, ext. 214.

JMI/mc

Encls.: Probation Form 22 (2)